568 P.2d 190

**Miguel A. TERRAZAS, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 11495.

Supreme Court of New Mexico.

Aug. 10, 1977.

Rehearing Denied Aug. 24, 1977.

Jan A. Hartke, Chief Public Defender, Reginald J. Storment, Appellate Defender, Douglas A. Barr, Asst. Appellate Defender, Santa Fe, for petitioner.

Toney Anaya, Atty. Gen., Santa Fe, for respondent.

ORIGINAL PROCEEDING ON CERTIO-RARI MEMORANDUM OPINION

FEDERICI, Justice.

The writ in this case was granted on the same basis as the writ in the case of *Padilla v. State*, 90 N.M. 664, 568 P.2d 190 (1977). In view of our holding in *Padilla v. State supra*, we affirm the decision of the Court of Appeals.

IT IS SO ORDERED.

McMANUS, C. J., and SOSA, EASLEY and PAYNE, JJ., concur.

ORIGINAL PROCEEDING ON CERTIORARI

This matter coming on for consideration by the Court upon motion for Rehearing, and the Court having considered said motion and brief in support and being sufficiently advised in the premises;

NOW, THEREFORE, IT IS ORDERED that Motion of Petitioner for a rehearing be and the same is hereby denied.